No. 457. Adams *v.* United States.

Argued February 14, 1947. Decided March 3, 1947. *Per Curiam:* The judgment is affirmed. *Thomas G. Gayle* argued the cause for petitioner. With him on the brief was *John W. Lapsley. Sheldon E. Bernstein* argued the cause for the United States. With him on the brief were *Acting Solicitor General Washington* and *Robert S. Erdahl.*

No. 105, Misc. Ex parte Johnson;
No. 106, Misc. Ex parte Peplowski;
No. 111, Misc. Ex parte Houghton;
No. 112, Misc. Ex parte Clark; and
No. 113, Misc. Ex parte Walker. March 3, 1947. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 108, Misc. Ex parte Boehman; and
No. 114, Misc. Ex parte Kasper. March 3, 1947. The applications are denied.

No. 109, Misc. Barnard et al. *v.* Jones et al.; and
No. 115, Misc. Ex parte Campbell. March 3, 1947. The petitions for appeal are denied.